UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William Atkins

(Enter above the full name of the plaintiff or plaintiffs in this action)

08CV4381
JUDGE KENNELLY
MAG. JUDGE COX

vs.    Case No: _____
(To be supplied ..)

Cheif Moreci John Does
lieutenant tucker John Does
Sergeant Manos John Does
E.R.T. Emergence Resque Team John Does)
sergeant John Does
Sergeant John Does

(Enter above the full name of ALL defendants in this action. Do not use "et al.") Thomas. J. Dart Sheriff Supervisory. Who can name the unknown officrs

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331** U.S. Code (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: William Atkins

   B. List all aliases: N/A

   C. Prisoner identification number: 2003-0014927

   D. Place of present confinement: Cook County Jail

   E. Address: 2600 S. California Avenue Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Cheif Moreci "John Does"
      Title: Cheif
      Place of Employment: Cook County Jail

   B. Defendant: Lieutenant Tucker "John Does"
      Title: Lieutenant
      Place of Employment: Cook County Jail

   C. Defendant: Sergeant Manos "John Does"
      Title: Sergeant
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendant **E.R.T. Unit John Does**
Title **Emergence Rescue Team**
Place of Employment **Cook County Jail**

Defendant **Sergeant John Does**
Title **Sergeant**
Place of Employment **Cook County Jail**

Defendant **Sergeant John Does**
Title **Sergeant**
Place of Employment **Cook County Jail**

Defendant **Sergeant John Does**
Title **Sergeant**
Place of Employment **Cook County Jail**

Defendant **Thomas J. Dart**
Title **Sheriff Supervisory**
Place of Employment **Cook County Jail**

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 07C2064 of Burgulary lesser included of Residential burgulary

B. Approximate date of filing lawsuit: 6/21/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: 1 William Atkins

D. List all defendants: Officer Ken Walker, Oficer Linda Guterez, Richard A Devine, Terry Hillard

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Cook County

F. Name of judge to whom case was assigned: KENNELLY

G. Basic claim made: Wrongly Convicted

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: 10/26/04

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am the plaintiff in this case I am A pre-trial Detainee who have being in A improer illegal Degrading strip searches in 3 of there Div., in Div-2 tier H-1 2/20/2007 some where doing that time At 2:30 A.M Sergeant John Does and other officers John Does Runs in on tier H-1 doing the time plaintiff and other detainees was in Bed Sleeping this was did every week taking us out of the cells in to the day-room strip us all and search over or 24 of us, and at the same time searching our cells with our clothes all over the floor A Mix of detainees underwear, socks tee shirts, using the same Gloves detainees side by side without curtains or Blinds other detainees with Bugs catch crabs Rashes and infections, Rashes the floors are infested with Rodents dost mites and mices. this is very unclean and unsanitary. they do the same thing going to Recreation Div-1-H-1 from

4

Revised 9/2007

3-11 By Sergeant John Does ? other officers two time in one day. 3 11-7 with in 24 in the hallway, detainees one strip search the same with with all above side by side no Blinds or curtains infested with rodents. the same thing is did over in Div 9-2C I was moved to Div 9 Because of the Grievance. that I never did get Back, and the same Grievance I put in on Div 9- and did not get any Back for the Strip Search. same thing By Sergeant John Does and others. I was moved Because of the Grievance. the plaintiff was move to Div-10-4-D. When plaintiff got here with others he was strip search by C.R.T did all the above on March 1st 08 plaintiff and outher Detainees was strip search going to 3:30 P.M Rec-time to the Gym when we got in the Gym Room it was A supervisory By Sergeant Munose Jhon Doe and other C-O John Does it was A Surprise Strip Search Every Body get like you came in the world Sergeant Munose would say John Doe and every one would strip down there that don't no

take off everything. in the Rec Room it is 44-48 detainees side by side no Blinds or curtains all above everything on the unclean floor were there is dust mites? mices Rodents very unsanitary underclears socks tee shirts all mix together using the same Gloves To search each item, plaintiff is expose to other detainees Germs, Bugs, Crabs Rashes, infections I end up with A Rasher that wont go away it is Degrading feet on the in-perfedit floor.

on May 31st 08 Plaintff and others Detainees on tier 4.D Div-10 was call to Recreation at 7:30 A.M it was A Surprise Strip Search when we got down there Lieutenant tucker who supervisory the who everything him and others. Co. John Does saying take off everything. put it on the floor were there is dust mites and mices and all type of Rodents play is unclean unsanitary. people Working by looking in no Blinds or curtains Expose to every other Detainees Germs, bugs, you can catch Crabs infections and Rashes, I end up with A Rasher or something on my feet from the unclean floor, and the mix of different Detainees clothes underwear sock's tee-shirts also using the same Gloves on every body. this is Degrading illegal with out A being justify, No Reason for this at all, it is also AN "Base of power, talking to you like you A Dog!"

1 OF - (5) OF <s>(15)</s>  A William Atkins

And on 4,28,08 plaintiff & other detainees was strip search on tier 4-D div 10 By the E.R.t Unit John Does and others John Does, who was taking several detainees from there cells at A time to the showers and strip searching them and there cells, the detainees on the showers floor Ben feet. wet floors clothes on the wet floor, Detainees side by side you can catch germs bugs crabs rashes infection or anything people may have. all above.

   this is improper degrading spreading your Bullocks and squatting and coughing three times on the floor Bar feet in the hallways Ben feet in the Recreation Bar feet doct rats and smice all type of Rodents play unsanitary there for the Buildings is unclean, detainees Side by Side with nothing on can catch what they may have using the same Gloves to strip and Searches every one 48 detainees using no Blinds or curtains, men and women walking by looking in. I have 1 infection or A Rashes on my feet from this it look like it won't go away the Doctor name is Doctor Dunlap, who have Been giveing something for it to go away But it is Still on my feet from the times of these Strip Searching, and they won't Send me anything Back on my Detainees Grievance I put in to the Administration in all the Division But I never get anything Back. 151 Mr. William Atkins

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff Requests Compensation for pain suffereing Humilliation Mental Anguish For the Rashes or infection on Plaintiff Feet. DeGRading IM Proper no Expection was Giveing Plaintiff privacy is Violated. Plaintiff Want this to stop if not put up Blinds or Curtains, stop Buttock spreading and squntting and coughing

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___6___ day of ___26___, 20_8_

_____
(Signature of plaintiff or plaintiffs)

William Atkins
(Print name)

2003-0014927
(I.D. Number)

2600 S. California Avenue DIV-10-4-D
P.O. Box 089002
Chicago Ill 60608
(Address)

6

Revised 9/2007

United States District Court for the
Northern District of Illinois

State of Illinois
County of Cook

## Affidavit

I William Atkins, being first duly sworn on oath, do swear under penalty of purjary that the following statements are exact and true to the best of my knowledge.

1) I am the plaintiff in this case and I have been violated of my constitution rights, as a pre-trial detatnee. Detainees are being strip serch at any time and every where improer illegal degrading strip searches.

2) Plaintiff and other detainees in Div-1- tier H-1. 2007. 2/20 some where doing that time at 2:30 A.M Sergeant John Does and other officers John Does ran in to tier H-1 doing the time plaintiff and other detainees was in bed sleeping this was did very week taking us out of are cells in to the Day Room and then strip search 24 detainees side by side with the clothes on the floor no curtains or blinds minging a mix of detainees clothes expose to germs, bugs, you can catch crabs, rashes, and infections. Rodents of all tiny.

3) The same thing is did there in Div-1 going and come back from court but it is did in the Hallway every week day at 5:30 A.M By sergeant John Does & other officers John Does no blinds side by side hall infested it with rodents thy have you spreading your buttocks and squatting and coughing all up above mixing under wear socks tee-shirts using same cloues to strip searches every one that is going to court that day 40-50 at one time been strip & search our a 100 ? and 50 or more at time, go to 1.50 that got court out of that Div-1.

2) in Div-1-H-1 Plaintiff & all the Detainees would be strip Strip Search 2 times with in the same 24 Hour at 3-11 P:M goin to the Rec Room by "Sgt John Does" & others "Officers John Does" conducted a Illegal Strip Search.

3) in Div-1-H-1 # 11-to-7:00.A:M when the Sgt John Does & officers John Does" run in on a tier at 2:00 something A:M and strip search & the same thing with going to Court and after Court with in the same hours Illegal Degrading Search So I was Safety the Plaintiff put in several Detainee Grievance, and they Safety sme to Div-9 for and I never got a Grievance Back.

4) Plaintiff was move for puting in too meany Grievance in Div-9 it was the same thing Strip Search by Sgt John Does and officers John Does on 7-3 P.M. and on 3-11-P:M Sgt John Does with officers John Does all doing the end of 2007 I was on 2-D and move own to 2-C in Div-9, 6-21-07 Not long with in hours y go to court and you are strip search on 11-7:A:M Do.s & Sgt John Does Run in & Strip Search

5) All this is did with out Blinds re curtains Detainees are side by side with every thing off expose to people Geims. & Bugs. and Crabs. Rashes & other infectons your clothes are on the fool mix all together the fool is infested it with Rodents and Geims from Rats dust mites and Mices.

6) Plaintiff was move from Div-9 becases of Grievance and was move to with out hearing any thig on his Grievance. on Strip Seach and Thomas.J. Dart is the Supevisry who can name and idenify unknwn Cook County Jail officers.

7) I am now in Div-10-H-D Plaintiff and other Detainees was Strip Search March 1st 08 Gy M Room Rec time a 3:30 P:M Iiegally Supervisory by Sergeant Manos with others Officers when Plaintiff got to the Rec Room it was a Surprise

Strip search on the fool were there is dust mites, and mices all type of Rodents very unsanitary the Recrtation area is unclean degrading and Illegal No Blinds or Curtains expose to every one and every thing Detainees are side by side doing this strip search. Clothes underwear socks tee shirts. using the same gloves to search each item expose to other people looking in to people detainees geims. Bugs. & you can catch crabs catch rashes. that I have catch on my feet. & other infectons Detainees may have.

14) On May 31st 08 Plaintff and other Detainees on tier 4-D Div-10 was call to Rec Room at 7:30 A.M & it was a surprise strip search when we got there. it was Lieutenant Tucker who supervisory the other officers John Does Maas, Smith John Does Pape John Does Wilson John Does, Pickett, John Does Peormantie John Does they did the same al above.

10) there was no Blinds or curtains strip search on the fool the same fool were is dust mites & mices Rodents very unsanitary in the Recrtation area is unclean degrading Illegal expose to every one and every thing striping Detainees side by side Clothes under wear Socks tee shirts all mix together using the same gloves to search each item expose looking in Detainees geims. Bug. & Crabs, Rashes, & infectons that the other Detainees may have.

13) On 4,28,08 Plaintff & other Detainees was Strip search on tier 4-D Div-10 by the E.R.t unit John Does who taking Several Detainees from there cell at a time to the west showers and strip search them side by side takeing everything off and put it down on the showers fool on the tier that is infested wiht Rodents Crabs geims Bugs can catch Rashes and other infections with the mix of clothes underwear socks tee-shirts using same gloves to search each item. Also before and after court the same thing in all above. very unsanitary very Hazardous to our health system.

(12)

plaitff states, that every time detaineer are strip search they also search there cells, the only time they don't search is at court time. But still there is no Blinds or curtains. every thing in your cell are mix together with the other detainee that is in the cell with you. papers and band come up missing.

(13)

this is against unreasonable searches and seizures. violated the Fourth Amendment. there was no probable cause for anying of this

(14)

plaitff also states. that Due process clause's protection of liberty includes, certain privacy related interests, this personal have violated the Federal constitution to the privacy Rights.

(15)

this is being don with no reasonable expection (or) strip search of ones privacy. & living quarters being search unjustified. there have not Been no contraband this is cruel and unusual punishment in violation of the eighth Amendment

(16)

there strip searches are not related to legitimate security needs. & designed to harass may be and is found unconstitutional under the Fourth Amendment and the Eighth Amendment we do not have contact visits at all But. and the looking of opposite sex. Because of no curtains or Blinds with the spreading.

19) of your Buttocks and squatting and making you coughing three times this is cruel and unusual punishment

20) Sheriff Thomas J. Dart is the supervisory who knows the unknown officers.

/s/ Mr. William Atkins

Signed before me on this 6 day of 26 2008
Notary Seal
/s/ Mr. William Atkins
Notarized under and by 735 ILCS 5/1-109 under penalty of perjury

Notarized under and by 735 ILCS
5/1-109, under penalty of perjury,
this _6_ day of _Aug_, _08_.

_Mr William Atkins_
Signature

_____
Defendant