**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

08CV4381
JUDGE KENNELLY
MAG. JUDGE COX

**Plaintiff(s):** WILLIAM ATKINS  **Defendant(s):** CHIEF MORECI, et al.

**County of Residence:** COOK  **County of Residence:**

**Plaintiff's Address:**
William Atkins
#2003-0014927
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

FILED
J.N July 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:**   **Date:** 8/1/08

Kennelly
Cox

08cv 3448