*William Atkins*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**FILED**

JUL 3 1 2008
Jul 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)

v.

Defendant(s)

Case Number:

J  08CV4381
JUDGE KENNELLY
MAG. JUDGE COX

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, *William Atkins*, declare that I am the (check appropriate box)
   ☐ plaintiff  ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: *Uptown People's law Center 4404 North Broadway Chicago, Ill 60640. Cabrini Green legal aid Clinic 206 W Division Steet Chicago Ill 60610. Mandel legal Aid Clinic University of Chicago law School Chicago Ill 60637. DePaul legal Clinic 25 E Jackson Boulevard Chicago Ill 60604 #1050 Clarence L Burch Attorney at Law 1430 north western Avenue Chicago Ill 60622*

3. In further support of my motion, I declare that (check appropriate box):

   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

*Mr William Atkins*
Movant's Signature

*P.O. Box 089002 Div-10-4-D*
Street Address

*Chicago Ill 60608*
City/State/Zip

Date: *26/6/08*

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | KENNELLY | Case Number | 07C2064 |
|---|---|---|---|
| Case Title | Burgulary lesser included of Residential Burgulary | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ✓ | | |

| Assigned Judge | KENNELLY | Case Number | 08C3448 |
|---|---|---|---|
| Case Title | Medical Misconduct | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ✓ | | |

| Assigned Judge | N/A | Case Number | N/A |
|---|---|---|---|
| Case Title | N/A | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ☐ N/A | | |

| Assigned Judge | N/A | Case Number | N/A |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | N/A | | N/A |
| If case is still pending, please check box: | N/A | | N/A |